ANNA D. EINSPAHR ET AL. V. EXCHANGE NATIONAL BANK OF HASTINGS, NEBRASKA.

FILED NOVEMBER 5, 1896.   No. 6819.

Review: UNAUTHENTICATED TRANSCRIPT: DISMISSAL. A petition in error will be dismissed out of the supreme court when the transcript filed therein is not authenticated by the clerk of the trial court.

ERROR from the district court of Adams county. Tried below before BEALL, J.

*Capps & Stevens*, for plaintiff in error.

*Tibbets, Morey & Ferris, contra.*

NORVAL, J.

The petition in error must be dismissed, for the reason the transcript of the proceedings and judgment filed in this court is not authenticated by the clerk of the court below. (*City of Brownville v. Middleton*, 1 Neb., 10; *Ward v. Urmson*, 40 Neb., 695; *Moore v. Waterman*, 40 Neb., 498; *Baker v. Kloster*, 41 Neb., 890; *Garneau v. Omaha Printing Co.*, 42 Neb., 847; *McDonald v. Grabow*, 46 Neb., 406; *Otis v. Butters*, 46 Neb., 492.)

DISMISSED.